IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY JOHN PULLIAM, )
 )
        Plaintiff, )
 )
    v. ) 1:05CV01000
 )
SUPERINTENDENT OF HOKE CORRECTIONS,)
DOCTOR WILSON, P.A. MACKEY, )
SGT. CROFF, LIEUTENANT JACOBS, )
ASST. SUPT. WEBB, )
 )
        Defendants. )

### J U D G M E N T

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant Mackey's motion to dismiss (Docket No. 26) is granted, that the Defendant Superintendent, Webb, Groff, and Jacob's motion to dismiss (Docket No. 36) is granted, and that this action be, and the same hereby is, dismissed.

                                      /s/ Russell A. Eliason
                                      **United States Magistrate Judge**

November 20, 2007